# Exhibit A
Anthony Garcia - FLSA Consent

Exhibit A

DocuSign Envelope ID: B3FD617F-7625-476B-9912-F7A527287911

# **NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF**

Name: <u>Anthony Garcia</u>

1. I consent and agree to pursue a claim under the Fair Labor Standards Act against my employer(s) for claims of unpaid wages during my employment.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree and opt-in to become a plaintiff and be bound by any judgment of the Court or any settlement of this action.

3. I intend to pursue my claim individually, unless and until the court certifies this case as a collective or class action. In that case, I also designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with plaintiffs' counsel concerning attorney's fees and costs, and all other matters pertaining to this lawsuit.

4. I designate the law firm and attorneys at Herrmann Law, PLLC to prosecute my wage claims.

5. In the event the case is certified and then decertified, I authorize Herrmann Law, PLLC to use this Consent Form to re-file my claims in a separate or related action against my employer.

(Signature): _DocuSigned by: [signature] E9B48ACEDC81486..._   Dated: 11/27/2017

Exhibit A